## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ENTERTAINMENT ONE UK LTD., <br><br> Plaintiff, <br><br> v. <br><br> BEAUTIFUL SUN OFFICIAL STORE, et al., <br><br> Defendants. | Case No. 20-cv-03951 <br><br> **Judge Matthew F. Kennelly** <br><br> **Magistrate Judge Jeffrey I. Cummings** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Entertainment One UK Ltd. ("eOne" or "Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Four seasons traveler Store | 7 |
| JM Store | 12 |
| yangyang decoration Store | 25 |
| starlights Store | 70 |

With this dismissal, the above captioned case can be terminated.

| | |
|---|---|
| Dated this 2nd day of October 2020. | Respectfully submitted, |
| | /s/ Jake M. Christensen |
| | Amy C. Ziegler |
| | Justin R. Gaudio |
| | Jake M. Christensen |
| | Isaku M. Begert |
| | Greer, Burns & Crain, Ltd. |
| | 300 South Wacker Drive, Suite 2500 |
| | Chicago, Illinois 60606 |
| | 312.360.0080 |
| | 312.360.9315 (facsimile) |
| | aziegler@gbc.law |
| | jgaudio@gbc.law |
| | jchristensen@gbc.law |
| | ibegert@gbc.law |
| | |
| | *Counsel for Plaintiff Entertainment One UK Ltd.* |